# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| Jamie Krumenacker<br><br>        Plaintiff,<br> v.<br><br>Premier Recovery Group, Inc.<br><br>        Defendant. | Case No. 1:14cv340 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby dismisses this case with prejudice pursuant to F.R.C.P. 41(a)(i).

                                      RESPECTFULLY SUBMITTED,

                                      Hyslip & Taylor, LLC, LPA

                                      By:    /s/ Tom McAvity
                                            One of Plaintiff's Attorneys

*Of Counsel*
Tom McAvity, Esq.
2225 NE Alberta, Suite A
Portland, OR 97211
503-860-6868